AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

## APPEARANCE

Case Number: 05 CR 30004-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Michael McDonough

Date: 2/18/05

Signature

Print Name: STEWART T. GRAHAM, JR.

Address: 39 Burleigh Road

City: Hampden   State: MA   Zip Code: 01036

Phone Number: 781-4342