# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | WAIVER OF PROBABLE CAUSE HEARING |
| | ) | |
| MICHAEL MCDONOUGH, | ) | |
| Defendant | ) | Case Number: 05-30004-MAP |

I, Frank Iacaboni, understand that in the _____ District of __Massachusetts__ charges are pending alleging violation of __supervised release__ and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2) a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( ) retain counsel, or request the assignment of counsel,

( ) a probable cause hearing,

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_2/18/05_
Date

_[signature]_
Signature of Defendant

_[signature]_
Signature of Defense Counsel